734

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TYRONE L. JACKSON, Appellant, v WARDEN, BERNARD B. KERIK, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TYRONE L. JACKSON, Appellant, v WARDEN, MARK FARSI, Respondent. (And Another Proceeding.)

Submitted August 30, 2004; decided October 21, 2004

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as denied appellant's motion to substitute different assigned counsel, dismissed upon the ground that such portion of the order does not finally determine the proceedings within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD F. MILLS, Appellant, v GARY MAHA, as Sheriff of Genesee County, Respondent.

Submitted August 23, 2004; decided October 21, 2004

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (see NY Const, art VI, § 3; CPLR 5602).

In the Matter of the Claim of WANDA SHAMBO, Respondent, v ORKIN PEST CONTROL et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.

Submitted August 2, 2004; decided October 21, 2004

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, alternatively, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.